# Order

Michigan Supreme Court
**Lansing, Michigan**

June 11, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147908

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                   SC: 147908
                                   COA: 317395

CORRINE MICHELLE BAKER,
      Defendant-Appellant.
                                   Genesee CC: 10-027347-FC

_____/

On order of the Court, the application for leave to appeal the September 4, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 11, 2014



Clerk

s0604